# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Russell Dean Alford | ) Case: 1:21-mj-00327 |
| DOB: XXXXXX | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/22/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Jeffrey Weeks , Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/22/2021

_Judge's signature_

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_